MID-ATLANTIC HARDEE, INC. v.
TOWNSHIP OF SPRINGFIELD, *ET AL.*

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. TYRONE GRAHAM, *ET AL.*

October 5, 1971. Petition for Certification denied.

ROCCO NISIVOCCIA v. CITY OF NEWARK.

October 5, 1971. Petition for Certification granted.

STATE OF NEW JERSEY v. WILLIAM D. KENNEDY.

October 5, 1971. Petition for Certification granted.

UPPER TOWNSHIP SAND AND GRAVEL COMPANY v.
FREDERICK DALEY.

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. STANLEY ROYAL.

October 5, 1971. Petition for Certification denied. (See
115 *N. J. Super.* 439).